```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    UNSEALING ORDER
                                   :
          - v. -                   :    S1 20 Cr. 179 (DLC)
                                   :
SUNDAY OKORO,                      :
COLLINS ENEH, and                  :
IKECHUKWU ELENDU,                  :
                                   :
          Defendants.              :
                                   :
- - - - - - - - - - - - - - - - - x
```

Upon application of the United States of America, by and through Assistant United States Attorneys Jun Xiang and Kevin Mead,

IT IS HEREBY ORDERED that Superseding Indictment S1 20 Cr. 179, which was filed under seal on August 5, 2020, be unsealed.

SO ORDERED.

Dated:   New York, New York
         August 13, 2020

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK