```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    S1 20Cr0179 (DLC)
                                          :
           -v-                            :    ORDER
                                          :
SUNDAY OKORO, COLLINS ENEH, and           :
IKECHUKWU ELENDU,                         :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 13, 2020, Superseding Indictment S1 20 Cr. 179, charging three additional defendants in this case, was unsealed. Two of the three defendants were arrested on that day.

Having received the Government's September 1, 2020 letter, it is hereby

ORDERED that counsel shall be provisionally appointed in this district for defendants Sunday Okoro and Ikechukwu Elendu.

IT IS FURTHER ORDERED that the Government shall promptly provide Provisionally Appointed Counsel with their clients' contact information.

IT IS FURTHER ORDERED that the arraignment of the two defendants is referred to the Magistrate Judge.

IT IS FURTHER ORDERED that by **September 11, 2020,** the Provisionally Appointed Counsel shall inform this Court in writing of whether they have communicated with their clients.

IT IS FURTHER ORDERED that the Government shall advise Provisionally Appointed Counsel of the trial and motion schedule set at the May 8, 2020 conference with the co-defendants.

Dated:  New York, New York
        September 2, 2020

                                                DENISE COTE
                                  United States District Judge