UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA,              :        S1 20Cr0179 (DLC)

            -v-                        :               ORDER

SUNDAY OKORO, COLLINS ENEH, and        :
IKECHUKWU ELENDU,                      :
                                       :
                     Defendants.       :
                                       :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9|17|2020

DENISE COTE, District Judge:

     On September 14, 2020, Sunday Okoro was arraigned on

Indictment 20 Cr. 179 before the Magistrate Judge and Telemachus

Kasulis was appointed to represent the defendant.  On September

16, 2020, Ikechukwu Elendu was arraigned on that same indictment

before the Magistrate Judge and Susan Walsh was appointed to

represent the defendant.  It is hereby

     ORDERED that the defendants shall advise the Court by

**September 25, 2020** of any objection that they have to the trial

date of March 1, 2021 or to the November 6, 2020 motion

schedule.

     IT IS FURTHER ORDERED that defense counsel shall inform the

defendants that, absent any such objection, this trial date

shall be treated as firm and that the defendant must make any

application to change counsel promptly so that defense counsel

has an adequate opportunity to prepare to represent the

defendant at trial should the defendant elect to proceed to

trial.


Dated:      New York, New York
            September 17, 2020

                                    _____
                                    DENISE COTE
                                    United States District Judge