```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    20cr179-12(DLC)
                                         :
          -v-                            :         ORDER
                                         :
SUNDAY OKORO,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court having been advised that the parties have reached a disposition for Defendant Sunday Okoro, a Change of Plea hearing is scheduled to occur on **March 4, 2021** at **3:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **12:00 PM** on **Tuesday, March 2, 2021:**

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 26, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge