```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :         20cr179-12 (DLC)
           -v-                           :
                                         :              ORDER
SUNDAY OKORO,                            :
                                         :
                   Defendant.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The March 4, 2021 **Change of Plea** in this matter having not gone forward, it is hereby

ORDERED that the conference is rescheduled to **March 5, 2021 at 11:00 AM** via the Microsoft Teams videoconference platform. To access the conference, paste the following link into your browser: **https://teams.microsoft.com/l/meetup-join/19%3ameeting_N2Q0ZWZhYTMtMGZkYi00NjQ0LWIxNTEtMjBlYWY4MDk3ZjY3%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-2126fecd52fa%22%7d**

To use this link, you may need to download software to use the platform's videoconferencing features.[1] **Participants are directed to test their videoconference setup in advance of the**

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

**conference -- including their ability to access the link above. Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.**

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  **Users accessing the conference using an internet browser are to use Microsoft Edge or Google Chrome.** Other browsers are not fully supported and will result in errors when trying to access a teams conference.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

---

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

>Call-in number:    917-933-2166
>Conference ID:     696 998 869#

Dated:    New York, New York
          March 4, 2021

```
                    _____
                            DENISE COTE
                    United States District Judge
```