```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    20cr179-12 (DLC)
              -v-                        :
                                         :    ORDER
SUNDAY OKORO,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the sentencing in this matter scheduled for June 2, 2021 at 3:00 PM is moved to 2:00 PM on the same date. Please refer to the Order dated May 27, 2021 for all other information regarding the sentencing.

Dated:   New York, New York
         June 1, 2021

                                     _____
                                           DENISE COTE
                                     United States District Judge