# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212)-880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 24, 2021

**By ECF**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Sunday Okoro</u>,
      20 Cr. 179 (DLC)

Dear Judge Cote:

   I represent Sunday Okoro in the above-captioned matter and write to respectfully request that the Court issue an order for the return of Mr. Okoro's passport from Pretrial Services to me or my colleague Ryan McMenamin. On September 14, 2020, this Court ordered, as part of Mr. Okoro's bail conditions, that he surrender his passport to Pretrial Services. On June 2, 2021, this Court sentenced Mr. Okoro to a period of incarceration which he is currently serving at FCI Talladega. In recognition of the fact that Mr. Okoro has started serving his sentence, he respectfully requests that the Court order the return of his passport.

   Thank you for your consideration of this request.

                    Respectfully submitted,

                    /s/ Telemachus P. Kasulis
                    Telemachus P. Kasulis

                    *Counsel to Sunday Okoro*

[Handwritten: Granted.
Denise Cote
9/28/21]